DARLINGTON et al., Respondents, v. WASHBURN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Charles F. Darlington and John S. Jenkins against William T. Washburn and Emma J. Richardson. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

DAUER, Appellant, v. SIBUS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by John Dauer against Louis Sibus, as executor, and others. No opinion. Judgment affirmed, with costs.

DAUER, Appellant, v. SIBUS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by John Dauer against Louis Sibus, as executor, and others.

PER CURIAM. Decision amended, so as to provide that the costs of the guardian ad litem be paid out of the share in said estate of the infant, and the costs of the other respondents to be paid out of their share of said estate.

DAVIS, Appellant, v. SILVERMAN, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Hamilton J. Davis against Clementine M. Silverman. No opinion. Motion denied.

DEAN, Appellant, v. HOBART, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Truman A. Dean against Lester C. Hobart. No opinion. Judgment affirmed, with costs.

DELANEY et al., Appellants, v. BOUSE, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Thomas M. Delaney and another against Garret A. Bouse. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

DENNISON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Thomas Dennison as executor against the city of New York. P. A. Hargous, for appellant. G. L. Sterling, for respondent. No opinion. Judgment affirmed, with costs.

In re DEVINE. (Supreme Court, Appellate Division, First Department. April 22, 1904.) In the matter of Thomas F. Devine. J. A. Delehanty, for appellant. J. J. Flynn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DE WITT, Respondent, v. LAWYERS' ADVERTISING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Peter De Witt against the Lawyers' Advertising Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

DINGER et al. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Frederick Dinger and others against the city of New York.

PER CURIAM. Motion to dismiss the appeals denied, on condition that the defendant be prepared to argue the cases at the next term of this court, and pay $10 costs in each case. Cases ordered on the next calendar on compliance with this stipulation.

DONAHUE, Respondent, v. KEESHAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Patrick Donahue against Daniel Keeshan and another. No opinion. Motion for leave to the Court of Appeals granted, and question certified.

DONNELLY v. GLOBE & RUTGERS FIRE INS. CO. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by William F. Donnelly against the Globe & Rutgers Fire Insurance Company. No opinion. Motion denied.

DONNELLY, Appellant, v. GLOBE & RUTGERS FIRE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by William F. Donnelly against the Globe & Rutgers Fire Insurance Company of New York. W. L. Stone, Jr., for appellant. C. D. Cleveland, for respondent. No opinion. Appeal from decision dismissed. Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend complaint, on payment of costs in this court and in the court below.

DONNELLY v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Term. March 24, 1904.) Action by Joseph Donnelly against the Interurban Street Railway Company. From a judgment on a verdict for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Bayard H. Ames and F. Angelo Gaynor, for appellant. J. F. Foley, for respondent.

PER CURIAM. Under the peculiar circumstances of this case, the questions relating to defendant's negligence and to plaintiff's contributory negligence were questions for the jury, and they were submitted under instructions which substantially guarded the rights of the defendant. The exception taken to the refusal to charge in the very language of the request is unavailable, in view of a proposition charged elsewhere and the charge considered as a whole; and what passed between the trial judge and the counsel for the defendant, toward the close of the examination of the motorman when recalled, is not, under all the circumstances disclosed by the record, of sufficient importance to call for a reversal. Judgment and order affirmed, with costs.